# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                               :   NO. 600
                                     :
ORDER ADOPTING RULES 104, 105,       :   JUDICIAL ADMINISTRATION DOCKET
106, 107, 108, 109, 110, 111, 112, 113,  :
114, AND 115 OF THE PENNSYLVANIA     :
RULES OF JUDICIAL ADMINISTRATION     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2023, upon the recommendation of the Civil Procedural Rules Committee, the proposal having been published for public comment at 51 Pa.B. 5532 (September 4, 2021):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, and 115 of the Pennsylvania Rules of Judicial Administration are adopted in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective on January 1, 2024.